## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Latasha A. Hall** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **18-11728 JKF** |

## CERTIFICATE OF SERVICE

I, **MICHAEL S. SCHWARTZ, ESQUIRE**, hereby certify that I sent the attached motion for Approval of Compensation (Application for compensation) on August 7, 2018 via electronic notification and/or United States First Class Mail to the Trustee and all interested parties.

Respectfully Submitted,

\_\_\_\s\ Michael S. Schwartz_____
**MICHAEL S. SCHWARTZ, ESQUIRE**
Attorney for Debtor