```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                         Case No. 18-11728-jkf
Latasha A. Hall                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2          Date Rcvd: Aug 29, 2018
                              Form ID: pdf900             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db             +Latasha A. Hall,    66 N. Sycamore Avenue,    Clifton Heights, PA 19018-1401
14114686       +Antero Capital, LLC,    PO BOX 1931,    Burlingame CA 94011-1931
14073646      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,     Pob 8099,   Newark, DE 19714)
14073643       +Eos Cca,    700 Longwater Dr,   Norwell, MA 02061-1624
14073644       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14102383        US BANK NATIONAL ASSOCIATION, (TRUSTEE FOR PENNSYL,     211 North Street,    Harrisburg, PA 17101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 30 2018 02:15:18      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 30 2018 02:14:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 30 2018 02:14:58      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14073639       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 30 2018 02:22:49      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14073640       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 30 2018 02:22:50
                 Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14086499       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2018 02:23:13
                 Capital One Auto Finance, a division of Capital On,     4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14076341       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 30 2018 02:22:49
                 Capital One Auto Finance, a division of Capital On,     AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14076141       +E-mail/Text: bankruptcy@cavps.com Aug 30 2018 02:14:54      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14073641       +E-mail/Text: Bk@c2cfsi.com Aug 30 2018 02:14:42      Coast to Coast Financial Solutions,
                 Attn:Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
14073642       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 30 2018 02:23:01      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,   Las Vegas, NV 89193-8873
14073645       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Aug 30 2018 02:15:30      Genesis Bc/celtic Bank,
                 268 S State St Ste 300,    Salt Lake City, UT 84111-5314
14110297        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 30 2018 02:23:02
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14102848       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 30 2018 02:14:40      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14093570       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 30 2018 02:14:16      PECO Energy Company,
                 2301 Market Street,    S4-1,   Philadelphia, PA 19103-1380
14110700        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 30 2018 02:22:50
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14073647       +E-mail/Text: blegal@phfa.org Aug 30 2018 02:14:43      Pa Housing Finance Age,
                 211 N Front Street,    PO Box 15057,   Harrisburg, PA 17105-5057
14107568        E-mail/Text: bnc-quantum@quantum3group.com Aug 30 2018 02:14:19
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,   Kirkland, WA  98083-0788
14082316        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 30 2018 02:22:52      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,   Oklahoma City, OK  73124-8848
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One Auto Finance, a division of Capital On,     4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: Virginia                Page 2 of 2                   Date Rcvd: Aug 29, 2018
                              Form ID: pdf900               Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   US BANK NATIONAL ASSOCIATION, (TRUSTEE FOR
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Latasha A. Hall msbankruptcy@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LATASHA A. HALL                              Chapter 13

          Debtor(s)                          18-11728-jkf

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Interim Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: August 29, 2018**

Date:                                                      _____
                                                            JEAN K. FITZSIMON
                                                            U.S. BANKRUPTCY JUDGE