**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **Latasha A. Hall** | : | **Chapter 13** |
| | | : | **Bankruptcy No.** |
| | | : | **18-11728-jkf** |

**CERTIFICATION OF NO-OBJECTION OR RESPONSE**

I, **MICHAEL SCHWARTZ, ESQUIRE**, hereby certify that paragraph 6 of the dismissal order requires any objections to compensation or applications for administrative expenses be filed within twenty one days of said dismissal order (August 29, 2018) and all interested parties that they had twenty-one (21) days to file an Answer, Objection or other responsive pleading; that more than twenty-one (21) days have elapsed since the giving of such notice and I have not received an Answer or other responsive pleading to the proposed compensation nor has an application for administrative expense been filed. I therefore request that the Court enter the Order accompanying said Motion.

Respectfully Submitted,

_____\s\ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor