UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Latasha A. Hall | : | Chapter 13 |
| | | : | Bankruptcy No. |
| | | : | 18-11728 JKF |

**ORDER**

**AND NOW,** this          day of                  , 2017, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $4,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $2,360.00 from the estate to the extent provided by the confirmed Plan.

**Date: September 27, 2018**

Honorable Jean K. FitzSimon
U.S. Bankruptcy Court Judge