05-15-2023

LaTasha A Hall
357 E. Springfield Rd.
Springfield Pennsylvania 19064

Clerk of Court
US Bankruptcy Court
900 MARKET STREET RM 400
Philadelphia Pennsylvania 19106



Dear Sir or Madam,

If you would be so kind to provide the procedure for verifying records to reporting agencies. There are considerable inconsistencies I am trying to understand and address.

I am providing a self-addressed stamped envelope for your reply and convenience. Your swift attention to this matter would be helpful and very appreciated.

Blessings and success to you,
Sincerely & respectfully, LaTasha A Hall